# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| Linda Allard, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| SCI Direct, Inc. d/b/a Neptune Society | ) 3 16 1033 |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SCI Direct, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeremy M. Glapion
Glapion Law Firm
1704 Maxwell Drive
Wall, NJ 07719

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: MAY 31 2016

*Signature of Clerk or Deputy Clerk*