UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Plaintiff,

v.

                Case No.

Defendant.

**MOTION FOR ADMISSION *PRO HAC VICE***

    The undersigned counsel for _____ hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the _____.
Attached is a Certificate of Good Standing from that Court.

                s/
                Signature

Name:

Address:

Address:

Address:

Phone:

Email:

**\*\*FEE:  $75.00**
(\*Note:  The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing.  If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN  37203.)

        **\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \***