# EXHIBIT K



Earn Credits | Help | 30 Credits | Jeremy

- Create
- Inbox
- Broadcasts
- Phone Numbers
- Keywords
- Contact Lists



**Sales & promotions**
Reach out to customers and engage them with special offers.



**Greetings & notifications**
Share important or timely information with your customers.



**Collections & customer service**
Secure missed or late payments, settle accounts, renew memberships.

ADD-ONS

- Add CallFire Credits
- Add Phone Numbers
- Add Text Keywords

TAKE A TOUR

New to CallFire? Learn more about our products.

- Voice Broadcast Tour
- Text Broadcast Tour

CREATE NEW

 **Voice Broadcast**
Send recorded voice messages to your list(s) of phone numbers.

 **Text Broadcast**
Send text messages to your list(s) of mobile phone numbers.

 **IVR Broadcast**
Create a phone tree or survey for outbound calls.

 **Call Tracking**
Track, record, and forward calls to monitor ad performance.

 **Inbound IVR**
Create a phone tree to route inbound calls.

 **Text Messaging Auto Reply**
Set up an automatic response to text messages.

© 2017 CallFire Inc.  System Status  Privacy Policy  Terms of Service  support@callfire.com  1.877.897.3473











**Voice Broadcast** - Contacts

Earn Credits | Help | 30 Credits | Jeremy

- Create
- Inbox
- Broadcasts
- Phone Numbers
- Keywords
- Contact Lists

1. Sounds | **2. Contacts** | 3. Settings

Enable | Disable

| | List Name | Created | Total | Description | |
|---|---|---|---|---|---|
|  | Contact, Test | 2/7/17 3:02 PM | 1 | 1 Remaining | ✖ |

Add Additional Contacts

Next >

< back

© 2017 CallFire Inc.   System Status   Privacy Policy   Terms of Service   support@callfire.com   1.877.897.3473

# Voice Broadcast - Settings

1. Sounds  2. Contacts  **3. Settings**

## ⚙ Name

Voice Broadcast, 2/7/17 3:01 PM

## ⚙ Labels

## ⚙ Caller ID

[Choose One ▼]  [Add New]

This is the number that people see when you place a phone call to them.
To verify that you are the owner of the caller ID, we place a quick call to that number before you can use it.

## ⚙ Restrictions

**Max Simultaneous Calls**
Enter the maximum number of calls that you want CallFire to dial at once.

[100]

**Automatic Retry**
If enabled, the system will retry contacts based on the call results selected.

☐ Answering Machine  ☐ Busy  ☐ No Answer

Try each contact [1 ▼] times and wait [60] minutes between tries

## ⚙ Timezone Restrictions

**Local Time Dialing Restrictions**
The campaign will not dial outside of these hours, based on the timezone associated with the contact's area code and prefix.

☑ [8:00 AM ▼] to [9:00 PM ▼]

## ⚙ Compliance

The FTC Telemarketing Sales Rule protects consumers as well as businesses. Promoting the purchase of a good or service, or soliciting charitable contributions, must comply with the Telemarketing Sales Rule. Using CallFire's services in contravention of the Telemarketing Sales Rule will result in immediate termination of service.

If you have further questions, please contact our Customer Success Team at 1-877-897-3473.

☐ I acknowledge that I have received this notice, and the order that requires it.

## ⚙ Schedule

☐ Resume campaign the next day if unfinished

[Schedule For Later]
or
☐ Start Immediately

[Finalize]

< back

© 2017 CallFire Inc.  System Status  Privacy Policy  Terms of Service  support@callfire.com  1.877.897.3473

Case 3:16-cv-01033   Document 38-11   Filed 02/28/17   Page 8 of 8 PageID #: 614