# EXHIBIT L

| Tesla Name | Email | Tesla Account ID | Tesla Created | Total Spend |
|---|---|---|---|---|
| Eugenio Perez | geno.perez@neptunesociety.com | 87200001 | 7/14/2014 9:04 | $174.00 |
| Steven Rogers | steven.rogers@neptunesociety.com | 87570001 | 7/16/2014 13:41 | $25.00 |
| JON HALPRIN | jon.halprin@neptunesociety.com | 87574001 | 7/16/2014 13:57 | $400.00 |
| jack kirschling | jack.kirschling@neptunesociety.com | 88159001 | 7/21/2014 7:37 | $0.00 |
| Anissa Amen | anissa.amen@neptunesociety.com | 88184001 | 7/21/2014 9:51 | $0.00 |
| timothy kruse | timothy.kruse@neptunesociety.com | 88400001 | 7/22/2014 13:10 | $25.00 |
| Neil Gautier | neil.gautier@neptunesociety.com | 115554003 | 12/18/2014 15:30 | $398.36 |
| Nat Campbell | nat.campbell@neptunesociety.com | 152899003 | 6/23/2015 9:37 | $0.00 |
| Richard Suhm | richard.suhm@neptunesociety.com | 153602003 | 6/26/2015 11:46 | $600.00 |