IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA ALLARD, on behalf of herself and all Others similarly situated ) ) ) | |
| v.  ) | NO. 3:16-1033 |
| ) SCI DIRECT, INC. d/b/a Neptune Society ) | |

**O R D E R**

On January 31, 2017, Defendant SCI Direct, Inc. dba Neptune Society filed a motion for summary judgment with accompanying memorandum of law, statement of undisputed material facts, and declaration (Docket Nos. 33, 34, 35, and 36). As directed, Plaintiff filed a response in opposition on February 28, 2017, together with a response to statement of undisputed facts and additional material facts (Docket Nos. 38 and 39). On March 14, 2017, Defendant filed a reply, including a reply to Plaintiff's statement of additional material facts (Docket Nos. 41 and 42). Defendant's motion for summary judgment is now fully briefed and ripe for consideration and disposition by the Honorable Gershwin A. Drain, District Judge.[1] The Clerk is directed to forward Defendant's motion for summary judgment and responsive filings to Judge Drain for his consideration.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Also pending is Plaintiff's Motion for, and Memorandum in Support of, Class Certification (Docket No. 23), which is not yet ripe for consideration, as deadlines for supplemental filings and responses will be set by separate order.